■ MICHAEL DRISCOLL, Appellant, v NEYDA DELAROSA, Defendant, and NEW YORK STATE ATTORNEY GENERAL LITIGATION UNIT, Respondent. [868 NYS2d 529]

An order declining to sign an order to show cause is not appealable (CPLR 5701 [a] [2]; *Heath v Wojtowicz*, 48 AD3d 214 [2008], *lv denied* 10 NY3d 708 [2008]). We would add that to the extent plaintiff seeks damages against the State, Supreme Court lacks subject matter jurisdiction (Court of Claims Act §§ 8, 9; *Pollicina v Misericordia Hosp. Med. Ctr.*, 82 NY2d 332, 339 n 3 [1993]). Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.